IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRETT E. KENDIG, | 1:08-cv-01522-WMW (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| FRED FIGUEROA, | (DOCUMENT #11) |
| Respondent. | DEADLINE: APRIL 2, 2009 |

On February 24, 2009, respondent filed a motion to extend time to respond to the petition for writ of habeas corpus .  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted up to and including April 2, 2009, in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   February 27, 2009**          /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE