1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10

11  JARRETT E. KENDIG,                      1:08-cv-01522-WMW (HC)

12          Petitioner,                     ORDER GRANTING PETITIONER'S
                                            FIRST MOTION FOR EXTENSION OF
13      vs.                                 TIME TO FILE A TRAVERSE

14  FRED FIGUEROA,                          (DOCUMENT #17)

15          Respondent.                     THIRTY DAY DEADLINE (30)

16  _____/

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18  U.S.C. § 2254.  On April 21, 2009, petitioner filed a motion to extend time to file a traverse.

19  Good cause having been presented to the court and GOOD CAUSE APPEARING

20  THEREFOR, IT IS HEREBY ORDERED that:

21          Petitioner is granted thirty (30) days from the date of service of this order in which to

22  file a traverse.

23

24

25  IT IS SO ORDERED.

26  Dated:    April 22, 2009              _____/s/  William M. Wunderlich_____
                                          UNITED STATES MAGISTRATE JUDGE
27

28